UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

. – – – – – – – – – – – – – – – – –X

UNITED STATES OF AMERICA, and
STATE OF NEW YORK
*ex rel.* DONG IN KANG,

Plaintiffs,

v.

SUNRISE SENIOR SERVICE LLC,
SEOKJAE YANG, KANGSAN LEE,
KANGSAN CONSULTING LLC,
JIEUN OH, TAEYOUNG SONG, MY
HOPE PHARMACY LLC, ELEMENTS
PHARMACY INC., ROYAL CARE
DRUGS INC., DOREMI, INC., MINHO
NAMGUNG, TAO CHEN, SHEN HAN
LIN, D.O., SR HOMECARE OF NY,
INC., HUMAN CARE, LLC, ELIM
HOME CARE AGENCY LLC, HELP
HOME CARE AGENCY LLC, and X-
TREME CARE, LLC,

Defendants.

– – – – – – – – – – – – – – – – – –X

**STIPULATION AND ORDER**
**FILED UNDER SEAL**

Civil Action No.
22-CV-0501

(Merle, J.)
(Eichenholtz, M.J.)

WHEREAS, on or about January 27, 2022, Dong in Kang (the "Relator") filed the

above-referenced action, in which Relator asserted claims on behalf of the United States and the

State of New York pursuant to the *qui tam* provisions of the False Claims Act, 31 U.S.C. §§ 3729-

33 New York False Claims Act, New York State Fin. Law §§ 187 *et seq.*;

WHEREAS, in accordance with 31 U.S.C. § 3730(b), Relator's complaint was

sealed for a period of sixty days from the date of filing, and the seal and intervention deadline were

subsequently extended by Court order;

2

WHEREAS, pursuant to Fed. R. Civ. P. 41(a)(l)(A)(i), Relator seeks to voluntarily dismiss all of Relator's claims, including those claims made on behalf of the United States and the State of New York, as to all Defendants in this action;

WHEREAS, the United States and the State of New York consent to Relator's dismissal of Relator's claims as to Defendants in this action, with prejudice as to Relator but without prejudice as to the United States and the State of New York;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED between Relator's counsel and the undersigned counsel for the United States and the State of New York that:

1.   All claims brought in this action on behalf of the United States and the State of New York are dismissed as to all Defendants, and

2.   The dismissal shall be with prejudice as to Relator and without prejudice as to the United States and the State of New York.

Dated: Brooklyn, New
York   May 15, 2026

JOSEPH NOCELLA, JR.
UNITED STATES ATTORNEY
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201

By:   */s/ Philip R. DePaul*
Philip R. DePaul
Assistant U.S. Attorney
(718) 254-7503
Philip.DePaul@usdoj.gov

3

Dated: New York, New York
      May 15, 2026

LETITIA JAMES
Attorney General of the State of New York
28 Liberty Street, 13th Floor
New York, New York 10005

By:    */s/ Diana Elkind*
      Diana Elkind
      Deputy Chief, Civil Enforcement Unit
      Medicaid Fraud Control Unit
      (212) 417-4171
      Diana.Elkind@ag.ny.gov

Dated: New York, New York
      May 15, 2026

PELTON GRAHAM LLC
111 Broadway, Suite 1503
New York, New York 10006

By:    */s/ Brent E. Pelton*
      Brent E. Pelton
      Taylor B. Graham
      Alison L. Mangiatordi
      (212) 385-9700