UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

– – – – – – – – – – – – – – – – – – –X

UNITED STATES OF AMERICA, and
STATE OF NEW YORK
*ex rel.* DONG IN KANG,

                Plaintiffs,

      v.

SUNRISE SENIOR SERVICE LLC,
SEOKJAE YANG, KANGSAN LEE,
KANGSAN CONSULTING LLC,
JIEUN OH, TAEYOUNG SONG, MY
HOPE PHARMACY LLC,
ELEMENTS PHARMACY INC.,
ROYAL CARE DRUGS INC.,
DOREMI, INC., MINHO
NAMGUNG, TAO CHEN, SHEN
HAN LIN, D.O., SR HOMECARE OF
NY, INC., HUMAN CARE, LLC,
ELIM HOME CARE AGENCY LLC,
HELP HOME CARE AGENCY LLC,
and X-TREME CARE, LLC,

                Defendants.

– – – – – – – – – – – – – – – – – – –X

**ORDER**

Civil Action No.
22-CV-0501

(Merle, J.)
(Eichenholtz, M.J.)

    The United States, having filed a Stipulation of Dismissal pursuant to the False Claims

Act, 31 U.S.C. § 3730(b)(1), with the State of New York and Relator Dong in Kang, the Court

rules as follows:

    IT IS ORDERED that,

    1.     All claims brought in this action on behalf of the United States and the States of

         New York are dismissed as to all Defendants;

2.    The dismissal shall be with prejudice as to Relator and without prejudice as to the United States and the State of New York;

3.    The seal shall be lifted upon Relator's Complaint, the Stipulation of Dismissal, the Court's Order dismissing this action, and any subsequent filings in this case; and

4.    All other contents of the Court's file in this action shall remain under seal and not be made public.

**SO ORDERED:**

Brooklyn, New York,

This __20th__ day of __May_____, 2026.


 */s/ Natasha C. Merle*
_____
HONORABLE NATASHA C. MERLE
United States District Judge, E.D.N.Y.